UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
FILED
AUG 25 2022
AT LONDON
ROBERT R. CARR
CLERK U.S DISTRICT COURT

UNITED STATES OF AMERICA

V.    INDICTMENT NO. 6:22-CR-054-CHB

MATTHEW THOMAS

* * * * *

THE GRAND JURY CHARGES:

### COUNT 1
### 18 U.S.C. § 922(g)(1)

On or about May 18, 2021, in Whitley County, in the Eastern District of Kentucky,

**MATTHEW THOMAS,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Stoeger 9mm pistol with serial number T6429-20S03626, which had been shipped or transported in interstate commerce, all in violation of 18 U.S.C. § 922(g)(1).

### COUNT 2
### 18 U.S.C. § 922(j)

On or about May 18, 2021, in Whitley County, in the Eastern District of Kentucky,

**MATTHEW THOMAS,**

knowingly possessed a stolen firearm, that is, a Stoeger 9mm pistol with serial number T6429-20S03626, which had been shipped or transported in interstate commerce, knowing and having reasonable cause to believe the firearm was stolen, all in violation of 18 U.S.C.

§ 922(j).



_____
CARLTON S. SHIER, IV
UNITED STATES ATTORNEY

## PENALTIES

**COUNT 1:**
Not more than 10 years imprisonment, not more than a $250,000 fine, and not more than 3 years supervised release.

> **If three prior convictions for a violent felony or serious drug offense pursuant to 18 U.S.C. § 924(e):** Not less than 15 years imprisonment, not more than $250,000 fine, and not more than 5 years supervised release.

**COUNT 2:**
Not more than 10 years imprisonment, not more than a $250,000 fine, and not more than 3 years supervised release.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Restitution, if applicable.